E-FILED
Monday, 07 March, 2005 09:46:58 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

**SEALED**

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

vs.

CASE NO. 05-6405 M

TROY D. NEAL,

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest _____Troy D. Neal_____ and bring him
                                              Name
forthwith to the nearest magistrate to answer a complaint, charging:

**FILED**
MAR 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**COUNT ONE**
**(CONSPIRACY TO DISTRIBUTE COCAINE)**

From in or about January, 2004, to on or about January 7, 2005, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**TROY D. NEAL**

did conspire with persons known and unknown to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), that is, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Section 846.

RECEIVED
2005 MAR -3 P 12: 37
US MARSHALS SERVICE
CENTRAL ILLINOIS

## COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE COCAINE)

On or about January 7, 2005, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**TROY D. NEAL,**

did possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Thomas J. Shields
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

S/Thomas J. Shields
Signature of Issuing Officer

February 23, 2005 at Rock Island, Illinois
Date and Location

Bail fixed at $ Pre-Trial Detention by Thomas J. Shields, U.S. Magistrate Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at Rock Island, IL

| Date Received 3-3-05 | Name of Arresting Officer  TJ Johnson | Signature of Arresting Officer |
| Date of Arrest 2-25-05 | Title of Arresting Officer  DEA | *(signed)* |