

E-FILED
Friday, 18 March, 2005  09:40:45 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

MAR 1 7 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 05-40026 |
| v. ) | |
| ) | VIO: Title 21, United States Code, |
| TROY D. NEAL, ) | Sections 841 and 846 |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**(CONSPIRACY TO DISTRIBUTE COCAINE)**

From in or about January 2004, to on or about January 7, 2005, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**TROY D. NEAL,**

did conspire with persons known and unknown to the Grand Jury to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), that is, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE COCAINE)

On or about January 7, 2005, in Rock Island County, in the Central District of Illinois, the defendant,

**TROY D. NEAL,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

s/ Foreperson
FOREPERSON

KT Chambers
s/ J.P. Miller
for, JAN PAUL MILLER
UNITED STATES ATTORNEY
JKM

-2-