**E-FILED**
Monday, 21 March, 2005  10:45:29 AM
Clerk, U.S. District Court, ILCD

# United States District Court

_____ CENTRAL DISTRICT OF ILLINOIS _____

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>  Plaintiff | )<br>)<br>) |
| | ) CASE NO. **05-40026** |
| | ) |
| **Troy D. Neal**<br>  Defendant | )<br>) |

**FILED**

MAR 2 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial

at **11:45 A.M.** on ~~Friday,~~ *Thursday* **5/05/05** in person in Rock Island.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, 05/16/05**

at

[  ] Peoria, Illinois

[ **X** ] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 21st day of March, 2005

S/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE