E-FILED
Monday, 21 March, 2005  11:09:43 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | NO.   05-6405 M |
| TROY D. NEAL, | ) ) ) | |
| Defendant. | ) | |

FILED
MAR 2 1 2005
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

### ENTRY OF APPEARANCE

I, Dennis DePorter, Attorney at Law, hereby enter my appearance as attorney of record on behalf of the Defendant, TROY D. NEAL.

Dated: March 2, 2005

s/Dennis DePorter
Attorney for Defendant
418 16th Street
Moline, IL 61265
Phone: 309/736-9122
Fax:   309/762-0177