E-FILED
Wednesday, 16 November, 2005 01:33:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. ~~05-6405 M~~ pdf |
| Plaintiff, | ) | 05-40026 |
| vs. | ) | |
| TROY D. NEAL, | ) | |
| Defendant. | ) | |

FILED
NOV 15 2005
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

### *UNOPPOSED MOTION TO CONTINUE*

Now Comes Defendant, Troy D. Neal, through his attorney, Dennis DePorter, and hereby requests that his sentencing scheduled for November 21, 2005 at 10:00 a.m. in Rock Island Division be rescheduled to another date. In support, Defendant states:

1. Defendant's Attorney's daughter, a U.S. Army officer, has just returned this month from the Iraq War to Fort Bragg, N.C.

2. Lt. Jennifer DePorter Wood will be "on leave" the week of November 21, and Attorney Dennis DePorter has arranged to visit her that week at Fort Bragg.

3. That neither the Defendant, or the U.S. Attorney, Mehochko, has any objection to this matter being continued.

4. That this matter has not been continued in the past.

5. That no prejudice will result if this matter is continued.

Wherefore, Defendant respectfully requests that this matter be continued.

Dated: November 14, 2005

s/Dennis DePorter
Attorney for Defendant
418 16th Street
Moline, IL 61265
Phone: 309/736-9122
Fax: 309/762-0177