E-FILED
Friday, 12 May, 2006   01:59:46 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 05-40026-001** |
| **Troy D. Neal** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** USP Leavenworth at Leavenworth, KS.

  **WE COMMAND** that you produce the body of **Troy D. Neal**, Register No. **13412-026**, who is in your custody at USP Leavenworth before the United States District Court on **Friday, 6/2/06 at 1:00 pm** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

  **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  5/12/06

            JOHN M. WATERS, CLERK
            UNITED STATES DISTRICT COURT
             S/Denise Koester
         BY: _____
             Deputy Clerk